**IN THE UNITED STATES DISTRICT COURT FOR THE STATE OF TENNESSEE
EASTERN DISTRICT – AT KNOXVILLE**

| | |
|---|---|
| SHERRIE J. WILTCHER, and husband, ) <br> BARRY WILTCHER, ) <br> ) <br>     PLAINTIFFS, ) <br> ) <br> vs. ) <br> ) <br> SCOTT A. GUFFY and NEW PRIME, INC., ) <br> ) <br>     DEFENDANTS. ) | **CIVIL ACTION** <br><br> **NO. 3:06-CV-036** |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii), <u>Federal Rules of Civil Procedure</u>, come the parties to this action and voluntarily dismiss this civil action and Complaint with full prejudice among, against, and between Plaintiffs, Sherri J. Wiltcher and husband, Barry Wiltcher, and Defendants, Scott A. Guffy and New Prime, Inc., in that all matters have been compromised and settled privately; and that this action is not subject to the provisions of Rule 23(e), 66, or of any statute of the United States. Each party will bear their own costs.

E
  N
    T
      E
        R    this the _____ day of _____, 2007.

                                                                _____s/ H. Bruce Guyton_____
                                                                ~~JUDGE~~ United States Magistrate Judge

APPROVED FOR ENTRY:

| | |
|---|---|
| STEVEN E. MARSHALL<br>    ATTORNEY AT LAW | LEITNER, WILLIAMS, DOOLEY<br>    & NAPOLITAN, PLLC |
| BY: */s/ Steven E. Marshall*<br>    STEVEN E. MARSHALL<br>    Attorney for Plaintiffs<br>    805 Middle Creek Road<br>    Sevierville, TN 37862<br>    (865) 428-3556<br>    (BPR #9813) | RE: */s/ Dana C. Holloway*<br>    DANA C. HOLLOWAY<br>    Attorneys for Defendants<br>    180 Market Place Boulevard<br>    Knoxville, TN 37922<br>    (865) 523-0404<br>    (BPR #13275) |